## LUCILLE TRIMBACH *v.* MICHAEL TRIMBACH
### (5555)

DUPONT, C. J., BORDEN and SPALLONE, Js.

Submitted on briefs September 1—decision released September 30, 1987

*William C. Bieluch, Jr.,* filed a brief for the appellant (defendant).

*Reuben S. Midler* filed a brief for the appellee (plaintiff).

PER CURIAM. We have scrutinized the record and briefs submitted with this appeal. After affording the defendant's claims of error the appropriate scope of review, we find them to be without merit.

There is no error.